# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                                     Telephone: (212) 317-1200
New York, New York 10165                                        Facsimile: (212) 317-1620
————

November 13, 2025

**By ECF**
Hon. Lewis J. Liman
United States District Judge
Southern District of New York

> Re:    Romero, et al v. Garner Environmental Services, Inc., et al.
>          1:25-cv-06912-LJL

Your Honor:

This firm represents all Plaintiffs in the above-referenced action. With the consent of both Defendants' counsels, we request that the continuation of the initial conference, which is currently scheduled for November 20, 2025, be adjourned to a later date. This is the first time the parties are requesting an adjournment of the initial conference.

We thank the Court for its time and attention to this matter.

REQUEST GRANTED.
The Initial Pretrial Conference is rescheduled to November 25, 2025 at 11:00AM. Parties are directed to dial into the Court's teleconference line at 646-453-4442 and use Conference ID# 358639322.

Respectfully submitted,

By:    /s/ Robert Jun
       Robert Jun, Esq.
       60 East 42nd Street, Suite 4510
       New York, New York 10165
       Telephone: (212) 317-1200
       Facsimile: (212) 317-1620
       *Attorneys for Plaintiffs*

11/17/2025    SO ORDERED.

LEWIS J. LIMAN
United States District Judge

*Certified as a minority-owned business in the State of New York*