UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                           :

MERA ROMERO et al.                         :

               Plaintiffs,         :

       -v-                        :

GARNER ENVIRONMENTAL SERVICES, INC. et al.,  :

              Defendants.        :

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/08/2025

25-cv-06912 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On December 8, 2025, Plaintiffs filed a purported notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) on behalf of Plaintiff Tommy Anthony Calderon. Fed. R. Civ. P. 41(a)(1)(A)(i). The notice has been referred by the Clerk's Office to the Court. By no later than December 10, 2025, the parties shall inform the Court (1) whether the notice is intended to dismiss the case filed only by Plaintiff Calderon or rather, pursuant to Rule 41, to dismiss the case in its entirety; and (2) whether there is any objection to the Court signing the submitted notice.

      SO ORDERED.

Dated: December 8, 2025
      New York, New York                  _____
                                         LEWIS J. LIMAN
                                  United States District Judge