USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/06/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIO MERA ROMERO et al.

Plaintiffs,

-v-

GARNER ENVIRONMENTAL SERVICES, INC. et al.,

Defendants.

25-cv-06912 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court directed Plaintiff to file a letter informing the Court whether this action is dismissed pursuant to a settlement. Dkt. No. 81. Plaintiff has not done so.

The parties are directed to submit a joint letter informing the Court of the status of this case by July 10, 2026. Specifically, the parties should address whether the parties have reached a settlement necessitating review under *Cheeks v. Freeport Pancake House, Inc.*, 769 F.3d 199 (2d Cir. 2015). *See Samake v. Thunder Lube, Inc.*, 24 F.4th 804, 807 (2d Cir. 2022).

SO ORDERED.

Dated: July 6, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge